IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, a/k/a ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

R. WILEY, ADX - Warden,

Defendant.
_____

**ORDER**
_____

This matter arises *sua sponte*. My review of the record in this case reveals that all papers submitted by the plaintiff are handwritten in a generally illegible manner. In the grievances attached to his Complaint, however, the plaintiff's handwriting is legible.

IT IS ORDERED that in all future filings with this Court the plaintiff shall use legible handwriting, which may include writing similar to that employed in the grievances attached to the Complaint.

Dated May 24, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge