IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, a/k/a ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

R. WILEY, ADX - Warden,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion/Request for Copying Exhibits** [Doc. #35, filed 11/15/06] (the "Motion"). The plaintiff seeks an order compelling the defendant and Counselor W. Haygood to copy documents so that he may include them as exhibits to his response to the defendant's motion to dismiss.

The plaintiff does not describe the contents of the documents or how they are relevant to his response to the defendant's motion to dismiss. Therefore, it is impossible to determine if they are necessary to the plaintiff's case. In addition, the Court does not have jurisdiction over Counselor Haygood, and cannot compel him to act. Accordingly,

IT IS ORDERED that the Morion is DENIED.

Dated May 24, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge