IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, also known as C. Eli-Jah Hakeem Muhammad,

    Plaintiff(s),

v.

R. WILEY, ADX Warden,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Clarify [# 70], filed August 1, 2007, is **GRANTED.**  Plaintiff shall file his objections by **Friday August 10, 2007.**  There will be no further extensions granted absent extraordinary circumstances.

    Dated:  August 2, 2007