IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, a/k/a ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

R. WILEY, ADX - Warden,

Defendant.
_____

## ORDER
_____

This matter is before me on **Plaintiff's Motion to Compel** [Doc. #62, filed 6/26/07] (the "Motion"). The plaintiff seeks an order compelling prison counselor, L. Madison, "to return plaintiff's legal personal property on civil action No. 06-CV-00547-WYD-BNB immediately before the preliminary scheduling conference set for June 27, 2007, at 9:30 a.m." *Motion*, p. 4.

The preliminary scheduling conference has already occurred. Therefore, the plaintiff's request is moot. Moreover, the sole defendant in this case is R. Wiley. The Court does not have jurisdiction over L. Madison. Finally, the rules of civil procedure permit a party to file a motion to compel in order to enforce a discovery request. Fed.R.Civ.P. 37. The plaintiff is not seeking to enforce a discovery request. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Compel is DENIED.

Dated August 20, 2007.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge