IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, a/k/a ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

R. WILEY, ADX - Warden,

Defendant.
_____

# ORDER
_____

The parties appeared this afternoon for a scheduling conference. The following schedule was established:

**Discovery Cut-Off:**    January 11, 2008

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Discovery is limited as follows:**    10 depositions per side

25 interrogatories per side; 25 requests for production of documents per side; and 25 requests for admissions per side, all including discrete subparts

**Dispositive Motions Deadline:**    February 11, 2008

**Expert Disclosures:**

**(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 1, 2007**

  **(b)**  The parties shall designate all rebuttal experts and
provide opposing counsel with all information
specified in Fed. R. Civ. P. 26(a)(2) on or before
**December 3, 2007**

  **Final Pretrial Conference:** A final pretrial conference will be held in this case on **June 10, 2008, at 9:00 a.m.**  The plaintiff shall attend the final pretrial conference by telephone. **The plaintiff and his case manager shall contact the court at 303-844-6408 at the designated date and time to participate by telephone.**

  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **June 3, 2008**.

  Dated October 3, 2007.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge