IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, a/k/a ELI-JAH HAKEEM MUHAMMAD,

Plaintiff,

v.

R. WILEY, ADX - Warden,

Defendant.
_____

**AMENDED ORDER**
_____

This matter is before me on the plaintiff's **Motion to Extend Time to Show Cause** [Doc. #87, filed 10/15/07] (the "Motion"). The Motion is DENIED.

On May 15, 2006, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, without payment of an initial partial filing fee. The Order states, in part, that the plaintiff "remains obligated to pay the required $250.00 filing fee through monthly installments as directed in this Order." The plaintiff was directed that until the $250.00 filing fee is paid in full, he must make monthly payments to the Court of twenty percent of the preceding month's income credited to his inmate account or show cause why he has no assets and no means by which to make each monthly payment. The plaintiff was further directed that, in order to show cause, he must file a current certified copy of his trust fund account statement. *Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial partial Filing Fee* [Doc. # 7], pp. 2-3.

On October 3, 2007, I found that the plaintiff had failed to make his monthly payments or show cause why he could not, and I entered the following orders:

> IT IS ORDERED that on or before October 23, 2007, plaintiff shall make the required monthly payments for September 2006 and January 2007, or show cause why he cannot.
>
> IT IS FURTHER ORDERED that on or before October 23, 2007, plaintiff shall make the required monthly payments for the months of May 2006 through August 2006 and February 2007 through September 2007, or show cause why he cannot.

*Order Directing Plaintiff to Make Monthly Filing Fee Payment or Show Cause* [Doc. #82].

The plaintiff claims that he cannot comply with my Order because "plaintiff's case file, exhibits, and other related materials in this case were confiscated" by prison officials on October 3, 2007. *Motion*, p. 2. The plaintiff seeks an extension of time until November 21, 2007, to comply with my Order.

The plaintiff has been directed to either submit monetary payments or to submit copies of his trust fund account statement for the appropriate months which show cause why he cannot pay. He does not claim that the money or the account statements are in the "case file, exhibits, and other related materials" that were confiscated.[1] Nor does he claim that his copy of my Order of October 3, 2007, was confiscated. To the contrary, he states that he received the Order on October 19, 2007. *Motion*, p. 1. Therefore, his request for an extension of time until November 21, 2007, is denied. Nevertheless, I will grant the plaintiff until November 2, 2007, to comply with my Order. Accordingly,

IT IS ORDERED that the Motion is DENIED.

---

[1] Indeed, the account statements and the monetary payments are ordinarily obtained by requesting them from appropriate prison personnel.

IT IS FURTHER ORDERED that the plaintiff has until **November 5, 2007**, to comply with my Order dated October 3, 2007.

Dated October 19, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge