IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00547-WYD-BNB

CHRISTOPHER MITCHELL, also known as C. Eli-Jah Hakeem Muhammad,

    Plaintiff(s),

v.

R. WILEY, ADX Warden,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion (2nd) to Consolidate and Extend Response Time, filed March 2, 2009 [#148] is **GRANTED** to and including **Tuesday, March 3, 2009.**

    Dated: March 3, 2009